**Opinion issued June 23, 2015.**



In The

# Court of Appeals

For The

# First District of Texas

_____

## NO. 01-14-00869-CV

_____

**RICHARD MAKOVER, Appellant**

**V.**

**RANDY S. TURRENTINE, Appellee**

---

**On Appeal from the County Court at Law No. 3**
**Galveston County, Texas**
**Trial Court Case No. CV-0072510**

---

## MEMORANDUM OPINION

On May 29, 2015, appellant, Richard Makover, filed a motion to dismiss the appeal. *See* TEX. R. APP. P. 42.1(a)(1). No opinion has issued and, although appellant has failed to include a certificate of conference in his motion, more than

10 days have passed and no party has responded to the motion.  *See* TEX. R. APP. P. 10.1(a)(5), 10.3(a).

Accordingly, we grant the motion and dismiss the appeal.  *See* TEX. R. APP. P. 42.2(a), 43.2(f).  We dismiss all other pending motions as moot.

**PER CURIAM**

Panel consists of Justices Keyes, Huddle, and Lloyd.